# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PET CONNECT RESCUE, INC., a Maryland corporation; LUCKY PUP DOG RESCUE.COM, a California corporation; and SARAH GONZALEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID SALINAS, et al.,<br><br>Defendants. | Case No.: 3:20-cv-00527-H-KSC<br><br>**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT AS MOOT**<br><br>[Doc. Nos. 10, 14, 15.] |

On March 20, 2020, Plaintiff Pet Connect Rescue, Inc. filed a complaint against Defendants David Salinas, Veronica Salinas, Richard Robles Pena, The Puppy Store, LLC, Yellow Store Enterprises, LLC, SoCal Puppy Adoptions, Inc., Pet Connect Rescue, Inc., Alysia Rothman, Ray Rothman, Jase Demetrius Shamore, Critters and Pets/Furry and Feather, LLC, Rickie Gallardo, and 360 Clean N Go, LLC (collectively, "Defendants"). (Doc. No. 1.) On April 3, 2020, Defendants filed motions to dismiss[1] Plaintiff's complaint, claiming Plaintiff did not satisfy the requirements for diversity jurisdiction. (Doc. Nos. 10,

---

[1] Defendants' motions to dismiss did not comply with the Court's procedural rules. Defendants must ensure that future filings comply with the Court's rules, including Local Civil Rule 7.1.

1

14, 15.) On April 6, 2020, Plaintiffs Pet Connect Rescue, Inc., Lucky Pup Dog Rescue.com, and Sarah Gonzalez (collectively, "Plaintiffs") filed an amended complaint adding federal causes of action under the Lanham Act. (Doc. No. 16.) See Fed. R. Civ. P. 15(a)(1)(B) (permitting plaintiffs to file an amended complaint as a matter of right within "21 days after the service of a motion under Rule 12(b)").

Since Plaintiffs' amended complaint supersedes the original complaint, the Court denies Defendants' motions to dismiss as moot. See Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("Because the Defendants' motion to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot before the district court granted it."); see also Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997) ("[The] amended complaint supersedes the original, the latter being treated thereafter as non-existent."), overruled on other grounds by Lacey v. Maricopa Cty., 693 F.3d 896, 925–28 (9th Cir. 2012).

**IT IS SO ORDERED.**

DATED: April 7, 2020

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT