```
1  George R. Najjar, Esq. (SBN 163923)
   THE NAJJAR LAW FIRM
2  1901 First Avenue, First Floor
   San Diego, CA 92101
3  Tel.:  (619) 233-3445
   Fax.:  (619) 233-3446
4  Email: gnajjar1@san.rr.com

5  Attorney for Defendants Defendants David Salinas, and individual,
   and SoCal Puppy Adoptions, Inc., a California Corporation
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETCONNECT RESCUE, INC., a Maryland corporation; et al., | Case No.: 20-cv-527-H-DEB |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR VIOLATION OF PROTECTIVE ORDER** |
| v. | **[FED. R. CIV. P. 37 (b)]** |
| DAVID SALINAS, an individual; et al., | [JURY TRIAL DEMANDED] |
| Defendants. | |
| | Complaint Filed:  March 20, 2020<br>Trial Date:  Not Set |
| | Judge:  Marilyn L. Huff<br>Magistrate Judge:  Daniel E. Butcher |
| | Date:  TBD<br>Time:  TBD<br>Courtroom:  3A |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD, BRYAN W. PEASE, ESQ.:

PLEASE TAKE NOTICE that Defendants David Salinas, and individual ("Salinas"), and SoCal Puppy Adoptions, Inc., a California Corporation ("SoCal Puppy"), will move, and hereby do move, the Court, the Honorable Daniel E. Butcher, presiding, for an order imposing sanctions against Plaintiffs' counsel Bryan W. Pease, Esq. ("Attorney Pease"), pursuant to Fed. R. Civ. P. 37 (b), for violating the Protective Order ("Protective Order") issued March 12, 2021.

1

1  This motion is made on the ground that Attorney Pease wilfully violated the Protective Order
2  by filing SoCal Puppy interrogatory responses designated as "CONFIDENTIAL – FOR COUNSEL
3  ONLY" and containing confidential information, as that term is defined in the Protective Order, in
4  San Diego Superior Court case number 37-2019-00065377-CU-BT-CTL, *Animal Rescue and
5  Protection League, Inc., et al., v. Salinas, et al.*

6  This motion is based on this Notice of Motion and Motion, the concurrently filed
7  Memorandum of Points and Authorities, Declaration of George R. Najjar, Esq., and the pleadings and
8  other documents filed in this action.

9  The Court will provide the briefing schedule and hearing date.

10  Respectfully submitted,

11  THE NAJJAR LAW FIRM

13  Dated: October 28, 2021

s/George R. Najjar
George R. Najjar, Esq.
Attorney for Defendants
Email: gnajjar1

2

NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR
VIOLATION OF PROTECTIVE ORDER

20-cv-527-H-DEB