# PROOF OF SERVICE

Short Title:   PETCONNECT RESCUE, INC., et al., v. SALINAS ,et al.
   USDC Case No.: 20-cv-527-H-DEB

I am over eighteen (18), an active member of the State Bar of California, and not a party to this action. My business address is THE NAJJAR LAW FIRM, 1901 First Avenue, First Floor, San Diego, CA 92101.

On October 28, 2021, I served the following documents described as:

**CONFIDENTIAL – FOR COUNSEL ONLY**
DECLARATION OF BRYAN PEASE, ESQ. IN RESPONSE TO DEFENDANTS' EX PARTE APPLICATION; and,

[PROPOSED] ORDER;

on the following parties who have appeared in this action:

| | |
|---|---|
| Bryan W. Pease, Esq.<br>LAW OFFICES OF BRYAN W. PEASE<br>at bryan@bryanpease.com | Attorney for Plaintiffs |
| Patrick J. Stark, Esq.<br>STARK & D'AMBROSIO, LLP<br>at patrick@starkllp.com | Attorneys for Defendants Brian Mohrfeld and Select Puppies, Inc. |

**[X]   BY E-MAIL:** I electronically transmitted said documents from my e-mail address, gnajjar1@san.rr.com, this day to the service addressees at their e-mail addresses identified above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, dated October 28, 2021.

                              s/George R. Najjar
                              George R. Najjar

---

PROOF OF SERVICE