UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETCONNECT RESCUE, INC., et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DAVID SALINAS, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-cv-00527-JLS-DEB<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' OBJECTION**<br><br>**[ECF No. 162]** |

　　　Presently before the Court is Plaintiffs' Federal Rule of Civil Procedure 72(a) Objection to Magistrate Judge Daniel E. Butcher's ruling made during an October 29, 2021 Discovery Hearing. (ECF No. 162.) For the reasons set forth below, the Court **DENIES** Plaintiffs' Objection without prejudice.

　　　First, in filing their Objection, Plaintiffs failed to comply with Civil Local Rule 7.1, which requires that a party obtain a hearing date from the law clerk of the judge to whom the case is assigned before filing an objection pursuant to Federal Rule of Civil Procedure 72(a). CivLR 7.1(a)–(b), (f). Second, Plaintiffs object to a ruling that Judge Butcher made on the record during a Discovery Hearing on October 29, 2021. (ECF No. 148 ("For the reasons explained in the Court's ruling on the record, Plaintiffs' request to reopen discovery to take the Salinas deposition and Defendants' request to reopen discovery to take Rule 30(b)(6) depositions are DENIED.").) However, Plaintiffs failed to order the

transcript of the Discovery Hearing and attach it to the instant Objection. Without Judge Butcher's ruling, the Court cannot possibly determine whether it "is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a).

Accordingly, the Court hereby **DENIES** Plaintiffs' Objection (ECF No. 162) without prejudice. Should Plaintiffs choose to refile an objection to Judge Butcher's October 29, 2021 discovery ruling, they must first order the transcript from the October 29, 2021 Discovery Hearing and must do so <u>no later than 3 days</u> from the date of this Order. <u>No later than 7 days</u> after the transcript is filed, Plaintiffs may refile an objection that complies with the Civil Local Rules and is properly supported with references to the transcript and citations to applicable case law.

**IT IS SO ORDERED.**

Dated: November 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge