UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETCONNECT RESCUE, INC., a Maryland corporation; LUCKY PUP DOG RESCUE.COM, a California corporation, and SARAH GONZALEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID SALINAS, an individual, et al.,<br><br>Defendants | Case No.: 20cv527-LL-DEB<br><br>**ORDER GRANTING IN PART EX PARTE APPLICATION FOR BRIEFING SCHEDULE ON CROSS-MOTION FOR SUMMARY JUDGMENT; AND (2) SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>[ECF No. 238] |

Presently before the Court is Plaintiffs' "Ex Parte Application for a <u>Standard</u> Briefing Schedule on Cross-Motion for Summary Judgment" and accompanying Declaration ("Motion"). ECF No. 238. Defendants Brian Mohrfield and Select Puppies, Inc. filed an Opposition to Plaintiffs' Ex Parte Application and an accompanying Declaration. ECF No. 240. Defendants Pet Connect Rescue, Inc., Ray Rothman, David Salinas, Yellow Store Enterprises, LLC also filed an Opposition to Plaintiffs' Ex Parte

Application and an accompanying Declaration. ECF No. 241. Having reviewed the parties' briefing and supporting declarations, the Court **GRANTS IN PART** Plaintiffs' Motion and sets the following briefing schedule for the cross-motions for summary judgment.

(1) Plaintiffs' cross-motion for summary judgment and opposition to Defendants' summary judgment must be filed no later than **May 23, 2022**;

(2) Defendants' opposition to Plaintiffs' cross-motion and reply in support of its summary judgment motion must be filed no later than **June 23, 2022**;

(3) Plaintiffs' reply in support of their cross-motion must be filed no later than **July 7, 2022**.

**IT IS SO ORDERED.**

Dated: May 13, 2022

Honorable Linda Lopez
United States District Judge