UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETCONNECT RESCUE, INC., et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>DAVID SALINAS, et al.,<br><br>                              Defendants. | Case No.:  20-cv-00527-LL-DEB<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION**<br><br>**[DKT. NO. 216]** |

Before the Court is Plaintiffs' Motion to Reconsider Order Granting in Part Plaintiffs' Motion to Compel Further Responses to Discovery. Dkt. No. 216. Plaintiffs seek reconsideration of the Court's February 14, 2022 Order (Dkt. No. 205) arguing it erroneously: (1) required the parties to meet and confer on certain discovery requests; (2) denied Plaintiffs' request for sanctions against Defendants for, among other things, unfounded objections and untruthful responses; and (3) failed to consider all of Plaintiffs' arguments. *Id.* Plaintiffs also raise new arguments that Defendant Select Puppies, Inc.'s supplemental responses served after the Court's February 14, 2022 Order are incomplete. *Id.* at 4, 7–8. Defendants respond that Plaintiffs' Motion does not allege new facts that warrant reconsideration. Dkt. No. 222 at 3–6.

The Court has thoroughly reviewed the pleadings and finds Plaintiffs have not met the standards for reconsideration. *See* CivLR 7.1(i).[1] For the reasons explained in the February 14, 2022 Order, the Court upholds its requirement that the parties meet and confer. The Court also cannot conclude from Plaintiffs' submission that Defendants' responses are untruthful or that sanctions are otherwise warranted. Finally, Plaintiffs' new arguments regarding Defendants' supplemental responses were not addressed in the February 14, 2022 Order, and, therefore, are not properly before the Court on a motion for reconsideration. The Court, therefore, **DENIES** Plaintiffs' Motion for Reconsideration.

**IT IS SO ORDERED**.

Dated:  May 13, 2022

Honorable Daniel E. Butcher
United States Magistrate Judge

---

[1] "Whenever any motion . . . has been refused in whole or in part . . . and a subsequent motion . . . is made for the same relief in whole or in part upon the same or any alleged different state of facts, . . . attorney seeking such relief [must] present . . . an affidavit of a party or witness or certified statement of an attorney setting forth the material facts and circumstances surrounding each prior application, including . . . what new or different facts and circumstances are claimed to exist which did not exist, or were not shown, upon such prior application."

20-cv-00527-LL-DEB